# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESMOND DEVONTE VERDIN

NO. 2026 KW 0531

**JULY 13, 2026**

---

In Re:   Desmond Devonte Verdin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 810397.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** Relator previously filed a counseled writ application seeking review of the district court's August 2025 ruling denying his application for postconviction relief. This court denied the writ. See **State v. Verdin**, 2025-0949 (La. App. 1st Cir. 1/9/26), 2026 WL 127111 (unpublished).

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT